# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DELISA MCDOWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:22-cv-00013-SEP |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of the ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion to proceed *in forma pauperis*. Doc. [3]. Upon review of the financial affidavit, the Court has determined that plaintiff is unable to pay the filing fee. *See* 28 U.S.C. § 1915. The Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed *in forma pauperis*, Doc. [3], is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall electronically serve the complaint upon the Social Security Administration pursuant to this Court's Administrative Order In re: Service in Civil Actions Under the Social Security Act issued on September 10, 2021.

Dated this 23rd day of May, 2022.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE